**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| TRAVIS H., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Civil No. 1:19-cv-374-NT |
| | ) |
| ANDREW M. SAUL, Commissioner | ) |
| of Social Security, | ) |
| | ) |
|     Defendant. | ) |

**ORDER AFFIRMING THE RECOMMENDED**
**DECISION OF THE MAGISTRATE JUDGE**

On September 30, 2020, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision. Recommended Decision (ECF No. 27). The Defendant filed an objection to the Recommended Decision on October 6, 2020 (ECF No. 28). The Plaintiff filed a response to the objection on October 20, 2020 (ECF No. 29).

I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision. I concur with the recommendations of the United States Magistrate Judge. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**, the Commissioner's Decision is **VACATED**, and the case is **REMANDED** for further proceedings.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 20th day of November, 2020